IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND, NORTHERN DIVISION

                                    *

UNITED STATES OF AMERICA
                                    *

        v.                                  CRIMINAL NO.: WDQ-08-0086
                                    *

STEVE WILLOCK, *et al.*
                                    *

*     *     *     *     *     *     *     *     *     *     *     *     *

ORDER

For the reasons discussed in the accompanying Memorandum

Opinion, it is, this 23rd day of March 2010, ORDERED that:

1.    Fleming's motion to adopt co-defendant motions (Paper No.
      642) BE, and HEREBY IS, GRANTED;

2.    Fleming's motions:

            a.    To sever (Paper Nos. 595, 829);

            b.    For a bill of particulars (Paper No. 593);

            c.    To dismiss Count One of the Indictment (Paper No.
                  568);

            d.    To strike Overt Act 3 (Paper No. 572);

            e.    To exclude pretrial identifications (Paper No.
                  567);

            f.    To suppress tangible evidence and dismiss Overt
                  Act 24 (Paper No. 574);

            g.    For disclosure of all confidential informants
                  (Paper No. 594);

      BE, and HEREBY ARE, DENIED;

3.    Fleming's adopted motions:

            a.    To suppress firearms identification evidence
                  (Paper No. 571, 657, 685);

1

      b.    For disclosure under Fed. R. Crim. P. 12 (Paper No. 685);

      c.    For disclosure under FRE 404(b) (Paper No. 685);

      d.    For disclosure under FRE 801(d)(2)(E) (Paper No. 685);

BE, and HEREBY ARE, GRANTED IN PART and DENIED IN PART;

4.    Mouzone's motions:

      a.    To suppress firearms testimony (Paper Nos. 565, 566, 639); and

      b.    To *voir dire* "gang expert" (Paper No. 793)

BE, and HEREBY ARE, GRANTED IN PART and DENIED IN PART;

5.    Mouzone's motions:

      a.    For disclosure under Rule 16 (Paper No. 630, 640); and

      b.    To exclude alias (Paper No. 763)

BE, and HEREBY ARE, DENIED;

6.    Mouzone's adopted motions to:

      a.    To sever (Paper Nos. 600, 835);

      b.    For disclosure of confidential informants (Paper No. 600, 691);

      c.    To dismiss Count One of the Indictment (Paper No. 691);

      d.    To strike Overt Act 3 of the Indictment (Paper Nos. 576, 691);

      e.    To exclude pretrial identification (Hr'g Tr. 70, Nov. 5, 2009);

      f.    For disclosure of government agent interview notes (Paper No. 691);

g.   For disclosure under Fed. R. Evid. 404(b);

h.   To strike alias (Paper No. 691);and

i.   For disclosure under Fed. R. Evid. 801(d)(2)(E)
(Paper No. 691)

BE, and HEREBY ARE, GRANTED IN PART and DENIED IN PART;

7.   Judge Grimm's Report (Paper No. 721) BE, and HEREBY IS,
ADOPTED AS AN ORDER OF THE COURT:

a.   Sgt. Ensor shall not opine that it is a

"practical impossibility" for a firearm to have

fired the cartridges other than the common

"unknown firearm" to which Sgt. Ensor attributes

the cartridges;

b.   Sgt. Ensor shall state his opinions and

conclusions without any characterization as to the

degree of certainty with which he holds them;

c.   Additional funds shall be approved under the

Criminal Justice Act to pay for the time of a

rebuttal expert, if Mouzone so requests; and

8.   The Clerk of the Court shall send copies of this Memorandum

Opinion and Order to counsel for the parties.

_____/s/_____
William D. Quarles, Jr.
United States District Judge